IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOBLE DEANGELO SHERFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-24-0393-HE |
| ) | |
| ANTHONY GIBBS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Noble Deangelo Sherfield, a *pro se* plaintiff, has filed applications to proceed in this court without prepaying fees or costs ("Applications") [Doc. #2 and #4]. The applications were reviewed by Magistrate Judge Shon T. Erwin. On May 24, 2024, Judge Erwin issued a Report and Recommendation recommending the Applications be denied and that plaintiff be ordered to prepay the full $405 filing fee for this action to proceed. Judge Erwin further recommended that this action be dismissed unless plaintiff pays the $405 filing fee in full to the Clerk of the Court within twenty days of any order adopting the Report and Recommendation. Plaintiff was advised of his right to object to the Report and Recommendation, and he has filed a timely objection.

Because the Applications are incomplete and fail to provide essential financial information and because plaintiff failed to comply with the court's order to provide additional financial information, the court concludes that the Applications should be denied.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5], **DENIES** the Applications [Doc. #2 and #4], and **ORDERS** plaintiff to prepay the $405 filing fee in full by **July 8, 2024**. If the filing fee is not paid in full by **July 8, 2024**, the court will dismiss this action without prejudice.

**IT IS SO ORDERED**.

Dated this 24th day of June, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE